# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

─────────

**ZEST IP HOLDINGS, LLC,**
**ZEST ANCHORS, LLC,**

**Plaintiffs-Appellees**

**v.**

**IMPLANT DIRECT MFG. LLC, dba IMPLANT DIRECT, LLC,**
**IMPLANT DIRECT INT'L,**

**Defendants-Appellants,**

**IMPLANT DIRECT SYBRON INTERNATIONAL,**
**IMPLANT DIRECT SYBRON MANUFACTURING LLC,**

**Defendants**

─────────

**No. 15-1927**

─────────

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Implant Direct Sybron

International LLC and Implant Direct Sybron Manufacturing LLC. The parties I

represent were defendants below.

Christopher B. Mead
London & Mead
1225 19th Street, NW, Suite 320
Washington, DC 20036
(202) 331-3334 – T/(202) 785-4280 - F
cmead@londonandmead.com

I am the principal attorney for these parties in this case and will accept all service for the parties.  I agree to inform all other counsel in this case of the matters served upon me.

Date admitted to Federal Circuit bar:  September 16, 2011

This is <u>not</u> my first appearance before the United States Court of Appeals for the Federal Circuit.

A courtroom accessible to the handicapped is <u>not</u> required if oral argument is scheduled.

Respectfully submitted,

/s/ Christopher B. Mead
Christopher B. Mead

Dated:  September 2, 2015

cc:  All Counsel of Record via CM-ECF

- 2 -