NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZEST IP HOLDINGS, LLC, ZEST ANCHORS, LLC,**
*Plaintiffs-Appellees*

v.

**IMPLANT DIRECT MFG. LLC, dba Implant Direct, LLC, IMPLANT DIRECT INT'L,**
*Defendants-Appellants*

**IMPLANT DIRECT SYBRON INTERNATIONAL, IMPLANT DIRECT SYBRON MANUFACTURING LLC,**
*Defendants-Appellees*

---

2015-1927

---

Appeal from the United States District Court for the Southern District of California in No. 3:10-cv-00541-GPC-WVG, Judge Gonzalo P. Curiel.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellants' motion to file their opening brief out of time,

IT IS ORDERED THAT:

The motion is granted. The brief is accepted for filing.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26