# No. 15-1927

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

ZEST IP HOLDINGS, LLC, ZEST ANCHORS, LLC

*Plaintiffs - Appellees*,

– v. –

IMPLANT DIRECT MFG. LLC, IMPLANT DIRECT LLC, IMPLANT DIRECT INT'L,

*Defendants – Appellants*

IMPLANT DIRECT SYBRON INTERNATIONAL, IMPLANT DIRECT SYBRON MANUFACTURING, LLC,

*Defendants – Appellees*.

Appeal from the United States District Court for the
Southern District of California, Judge Gonzalo P. Curiel
Case no. 3:10-cv-00541-GPC-WVG

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF

Lisa M. Ferri
Manuel J. Velez
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

Paul W. Hughes
MAYER BROWN LLP
1999 K St. NW
Washington, DC 20006
(202) 263-3000

*Attorneys for Zest IP Holdings,
LLC & Zest Anchors, LLC*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, Lisa M. Ferri, certifies the following:

1. The full name of the parties represented by me are:

Zest IP Holdings, LLC, Zest Anchors, LLC

2. The name of the real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by me is:

Not applicable.

3. All parent corporations or any publicly held corporations that own 10% or more of the stock of these parties:

Zest IP Holdings, LLC and Zest Anchors, LLC are not publicly-owned corporations, but instead are wholly-owned subsidiaries of Zest Anchors, Inc. Zest Anchors, Inc. is a privately held corporation, and no publicly held corporation owns 10% or more of its stock.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in this proceeding are:

MAYER BROWN LLP
Lisa M. Ferri
Manuel J. Velez
Brian Nolan
Andrew Edelstein
Brandon Baum

John Molenda
Jamison Lynch
John Lieu
John Nadolenco
Paul W. Hughes

WEIL, GOTSHAL & MANGES LLP
Elizabeth Weiswasser

November 25, 2015

/s/ Lisa M. Ferri
Lisa M. Ferri

# PLAINTIFFS-APPELLEES' UNOPPOSED MOTION
# FOR EXTENSION OF TIME

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Plaintiffs-Appellees Zest IP Holdings, LLC and Zest Anchors, LLC (collectively, "Zest") respectfully move for a 14-day extension of time to file their responsive brief in this appeal. In support of that motion, undersigned counsel attest as follows:

1.  Appellees' responsive brief is currently due on December 3, 2015. Zest requests a 14-day extension of time, which will render the brief due on December 17, 2015.

2.  This motion is timely filed pursuant to Fed. Cir. R. 26(b)(1).

3.  Zest has not previously requested an extension of time with respect to this responsive brief.

4.  Defendants-Appellants Implant Direct Mfg. LLC, Implant Direct LLC, and Implant Direct Int'l and Defendants-Appellees Implant Direct Sybron International and Implant Direct Sybron Manufacturing LLC have stated that they do not oppose this request.

5.  There is good cause for this extension. Undersigned counsel have several proximate obligations in this and other courts, including:

a. the brief in opposition to certiorari filed on November 13, 2015 in *Retirement Board v. Bank of New York Mellon*, No. 15-314 (S. Ct.);

b. the petition for a writ of certiorari filed on November 19, 2015 in *Zepeda v. United States*, No. 15a329 (S. Ct.);

c. the reply brief in support of the petition for certiorari filed on November 20, 2015 in *AT&T v. Heath*, No. 15-363 (S. Ct.);

d. the brief for the intervenors due December 1, 2015 in *ResMed v. International Trade Commission*, No. 15-1360 (Fed. Cir.);

e. the brief for appellee due on December 8, 2015 in *B.E. Technology v. Google*, No. 15-1827 (Fed. Cir.);

f. oral argument on December 10, 2015, in *Toumazou v. Turkish Republic of Northern Cyprus*, No. 14-7170 (D.C. Cir.); and

g. the reply brief due on December 14, 2015 in *Rapid Litigation Management v. CellzDirect*, No. 15-1570 (Fed. Cir.).

## CONCLUSION

The Court should grant Plaintiffs-Appellees a 14-day extension of time to file their responsive brief, to and including December 17, 2015.

Respectfully submitted,

/s/ Lisa M. Ferri
Lisa M. Ferri
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

Paul W. Hughes
MAYER BROWN LLP
1999 K St. NW
Washington, DC 20006
(202) 263-3000

*Attorneys for Zest IP Holdings, LLC & Zest Anchors, LLC*

Dated: November 25, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I served the foregoing Unopposed Motion for Extension of Time on each party separately represented by CM-ECF.

| | |
|---|---|
| Dated: November 25, 2015 | /s/ Lisa M. Ferri<br>Lisa M. Ferri |